AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHANDLER JACKSON | ) | Case No.    3:26-mj-1299-SJH |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 14, 2026 _____ in the county of _____ Duval _____ in the _____ Middle _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 875(C) | knowingly transmitted a threat to kidnap or injure any person |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Grant Gabriel, Special Agent FBI
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___7-17-26___

_____
_Judge's signature_

City and state: _____ Jacksonville, FL _____    Samuel J. Horovitz, U.S. Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Grant J. Gabriel, being a duly sworn and appointed Special Agent for the Federal Bureau of Investigation ("FBI"), hereby declare as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April 2023.  I am currently assigned to the FBI Violent Crime Squad in Jacksonville, Florida.  I have investigated federal violations concerning crimes of violence, firearms, threats, and narcotics.  Before my employment with the FBI, I worked as an FBI Safe Streets Task Force Officer, Narcotics Investigator, and Patrolman for the Brunswick Police Department in Brunswick, Georgia, from September 2017 to April 2022.  I successfully completed the FBI Basic Field Training Course and the Georgia Post Certified Law Enforcement Training Academy. Through my law enforcement experience, I have worked on investigations like the one described below.

2.     I have been trained in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. I have also received training on criminal violations at various conferences and venues.

3.     I submit this affidavit in support of a criminal complaint charging Chandler Jackson, a U.S. citizen who resides in Jacksonville, Florida, with transmitting a threat to kidnap or injure any person in violation of 18 U.S.C. § 875(c).

4.    The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

5.    On July 14, 2026, at 12:11 A.M., an anonymous individual submitted a message through the National Archives and Records Administration (NARA) "Contact Us" webpage. According to NARA records, the submission originated from IP address 73.148.130.8 and stated, in part:

> **"I'm going to kill Jacksonville's head of federal bureau (Jason Carley) along with his family. They are dead, I assure you his family is also at risk of dying."**

6.    There was additionally a threat on July 13, 2026, submitted to the Army Recruiting website that stated:

> **"I'm going to kill Jacksonville's head of federal bureau (Casey Or Something) along with his family. They are dead, I assure you his family is going to die really soon and sudden." and "I need Jacksonvilles Puerto Rican Community dismantled. Or at least some of those vile gangsters dead with their family members."**

I do not have information about the IP address from which *this* submission originated at this time.

7.    On July 14, 2026, NARA notified the FBI of the threatening communication and provided the originating IP address associated with the submission. I learned that FBI Supervisory Special Agent Michael Day submitted an

2

emergency disclosure request to Comcast requesting subscriber information for IP address 73.148.130.8 at the time the threat was submitted.

8.    I learned that Comcast responded that the IP address (73.148.130.8) was assigned to DS, whose registered service address was 11990 Beach Boulevard, Apartment 31, Jacksonville, Florida.

9.    I learned that there were records checks completed via law enforcement databases on the registered service address associated with the subscriber information. JEA utility records revealed that Chandler Jackson, the son of DS, previously maintained utility service at 11990 Beach Boulevard, Apartment 31. I also learned that further records determined that Jackson established utility service at a different address, 3026 Hanging Rock Court, Jacksonville, Florida, beginning on or about May 28, 2026.

10.    I learned that Det. R. DeConti #63452 of the Jacksonville Sheriff's Office (JSO) spoke with a management official at Beach Villas Apartments, who manages 3026 Hanging Rock Court; that official advised that Jackson is the sole occupant of that apartment and that his mother, DS, co-signed for him to live there by himself.

11.    I learned that Det. J. Walling-Millanes #86622 spoke with a management official at 11990 Beach Blvd (Sands on Beach Apartments). The management official advised that the apartment had in fact been leased to Jackson, that Jackson lived there by himself, and that the apartment has been vacant since Jackson moved out.

3

12. It should be noted that I am aware that Jackson has previously been arrested by JSO for Harassing Communications. Specifically, on November 15, 2024, Chandler Jackson called the University of North Florida in regard to a complaint he previously filed with the Board of Directors of the University about his belief that he was being discriminated against. In three separate calls to the University, Jackson threatened to kill the University employee to whom he spoke. Jackson eventually pled to three counts of threatening phone calls and was sentenced to 12 months of probation, which ended on February 1, 2026.

13. On July 15, 2026, I approached Jackson's residence at 3026 Hanging Rock Ct under the ruse that I was with apartment maintenance. When Jackson answered the door, Jackson confirmed his identity and I then identified myself and SA Harris as being with the FBI. Jackson told me that he has three computers and likes to play games on his computers. I partially summarized the threat made on July 13, 2026, and Jackson denied making that post.

14. On July 15, 2026, I also spoke to Jackson's parents, and DS confirmed Jackson had previously lived at the Beach Blvd Apartment complex, which is where 11990 Beach Boulevard, Apartment 31 is located. DS also confirmed that Jackson had recently moved to a new residence, located at 3026 Hanging Rock Ct. DS stated that she paid for Jackson's internet services via automatic payments at both locations and that the service provider, which she believed to be Xfinity (which I know to be associated with Comcast), had not changed due to his move. DS told me that the

4

internet router was transferred from the apartment complex on Beach Boulevard to his new apartment at 3026 Hanging Rock Court.

15.    I consulted with an FBI agent with the Cellular Analysis Survey Team (CAST)[1] about the subscriber information that was received from Comcast. Specifically, I asked if there were situations in which Comcast could provide an incorrect residential address associated with subscriber information for an IP address. The CAST agent told me that, if a person had recently moved, their residential address may not have been updated by Comcast in the subscriber records. Regardless, though, the CAST agent stated that the IP address provided by NARA (73.148.130.8) is the one from which the threat had been received. I was further advised that the CAST agent spoke to a COMAST representative, who confirmed that if someone recently moved, COMCAST might not have the most current information regarding the address of router, especially if it was within 180 days. I am further aware that Jackson moved to the new address (3026 Hanging Rock Ct) less than 180 days from the date of the offense.

16.    Based on my training, experience, and the information I received from fellow members of law enforcement, including the CAST agent, I believe that the IP address associated with the threat submitted to NARA is assigned to Jackson's

---

[1]FBI CAST is staffed by agents that have specialized training in electronic evidence to include cellular and computer data. They are able to interpret cell phone records, IP analytics, and the data coming from both computers and cellular devices. The particular FBI CAST agent that I spoke to has requested, received, and reviewed many emergency disclosure responses from internet service providers, including Comcast.

residence at 3026 Hanging Rock Ct.  My conclusion is further supported by the facts of this case, including that Jackson's prior residence at 11990 Beach Boulevard, Apartment 31, is vacant. I further believe that the residential address associated with the subscriber information provided by Comcast is incorrect and has not yet been updated in Comcast's records.

17.    Based on foregoing information, I respectfully submit that there is probable cause to believe that on or about July 14, 2026, in the Middle District of Florida, Chandler Jackson knowingly transmitted a threat to kidnap or injure any person in violation of 18 U.S.C. § 875(c).

Grant J. Gabriel, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on the 17 day of July, 2026. In Jacksonville, Florida.

HON. SAMUEL J. HOROVITZ
United States Magistrate Judge

6